IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:06CR16DCB-JCS

RICHARD ANTHONY ROBINSON,
a/k/a PETER REID

### ORDER CONTINUING CAUSE

Came on for consideration this day the defendants' *ore tenus* Motion for Continuance of Criminal Cause, and the Court, having been fully advised in the premises, specifically having been advised that defense counsel need additional time in order to have defendant's Motion to Suppress heard before this Honorable Court, and the government has no opposition, finds that the defendants' motion is meritorious, and further finds that the ends of justice would best be served by granting the requested continuance insofar as the defendants' and the public's interest in a speedy and public trial is concerned, and further finds that the failure to grant such continuance would result in a miscarriage of justice.  The Court therefore finds that the defendant's motion should be, and it hereby is, granted.  It is, therefore,

### ORDERED AND ADJUDGED

that the ends of justice are best served by granting the defendants' motion for a continuance of the Cause, that the Court specifically finds that the granting of such continuance outweighs the best interest of the public and the defendants in a speedy public trial, and that the failure to grant such continuance would likely make the continuation of such proceedings impossible and would result

in a miscarriage of justice.  The Court further orders that the trial of this cause shall be continued until the term of Court which begins on __7th__ day of __August__, 2006.

**SO ORDERED AND ADJUDGED** this, the __2nd__ day of __June__, 2006.

__s/ David Bramlette__
United States District Judge

**AGREED TO BY:**

/s/ John M. Colette
JOHN M. COLETTE

/s/Jack Lacy, Jr.
A.U.S.A.  JACK LACY, JR.